

FILED
AUG 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: 08 MJ 8702 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Irene FELIX Vazquez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 6, 2008, within the Southern District of California, defendant Irene FELIX Vazquez did knowingly and intentionally import approximately 47 kilograms (103.40 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Rafael Silva, Special Agent
Immigration and Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF AUGUST 2008.

_____
Peter C. Lewis
U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Irene FELIX Vazquez

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On August 6, 2008, at approximately 1550 hours, Irene FELIX Vazquez (FELIX) entered the United States at the Calexico, California, west port of entry. FELIX was the driver and sole occupant of a 1994 Subaru Legacy.

FELIX approached lane number four which was being manned by Customs and Border Protection Officer (CBPO) Oceguera. During routine border inspection questioning, FELIX gave a negative customs declaration. CBPO Oceguera noticed the vehicle floor was extremely high and referred FELIX and the vehicle to the vehicle secondary inspection.

While at vehicle secondary, CBPO Tubbs took over the inspection. CBPO Tubbs received a negative customs declaration from FELIX. FELIX stated the reason for her trip to Mexico was to visit family.

CBPO/CEO (Customs Enforcement Officer) Jones was conducting a lot sweep with his assigned Human/Narcotics Detection Dog, when the dog alerted to the vehicle FELIX was driving. CBPO/CEO Jones informed CBPO Tubbs of the alert. CBPO Tubbs continued the vehicle inspection and located a non-factory compartment in the vehicle's floorboard.

A subsequent inspection of the vehicle revealed thirty-six (36) packages concealed inside the compartment and behind the rear seat of the vehicle. CBPO Tubbs probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for

marijuana. The 36 packages had a combined weight of approximately 47 kilograms (103.40 pounds) of marijuana.

FELIX was placed under arrest and advised of her rights, per Miranda, which she acknowledged and waived, agreeing to answer questions. FELIX stated she knew the vehicle would be carrying drugs but did not know what type of drugs. FELIX stated she was to be paid $1,000.00 dollars to drive the drug-laden vehicle into the United States and park it at the McDonalds in Calexico. FELIX admitted to smuggling drugs in this same vehicle on three prior occasions and receiving $3,300.00 dollars for it.